```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED ABU KHURRAM, ) | No. C 06-5693-EMC |
| ) | |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME** |
| ) | **WITHIN WHICH THE DEFENDANTS** |
| v. ) | **MUST FILE AN ANSWER; AND** |
| ) | **[PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney ) | |
| General of the United States; MICHAEL ) | |
| CHERTOFF, Secretary of the Department ) | |
| of Homeland Security; EDUARDO ) | |
| AGUIRRE, Director, U.S. Citizenship and ) | |
| Immigration Services; MICHAEL ) | |
| MUELLER, Director of the Federal ) | |
| Bureau of Investigations; CHRISTINA ) | |
| POULOS, Acting Director fo the ) | |
| California Service Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of time within which the defendants must serve an answer to the complaint in the above-entitled action. The defendants will serve their answer on or before December 22, 2006.

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 06-5693-EMC                                          1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Date: December 4, 2006 | Respectfully submitted, |
| 5 | | KEVIN V. RYAN |
| 6 | | United States Attorney |
| 7 | | |
| 8 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 9 | | Attorneys for Defendants |
| 12 | Date: December 4, 2006 | /s/<br>ROBERT L. VOLZ |
| 13 | | Saad Ahmad & Associates<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 6, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]*

STIPULATION TO EXTEND DEADLINE FOR ANSWER; AND [PROPOSED] ORDER
C 06-5693-EMC                                    2