```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYED ABU KHURRAM, ) | |
| ) | |
| Plaintiff, ) | C 06-5693 EMC |
| ) | |
| v. ) | |
| ) | **STIPULATION TO TRANSFER CASE;** |
| ALBERTO GONZALES, Attorney General of ) | **and [PROPOSED] ORDER** |
| the United States; MICHAEL CHERTOFF, ) | |
| Secretary of the Department of Homeland ) | |
| Security; EDUARDO AGUIRRE, Director, ) | |
| U.S. Citizenship and Immigration Service; ) | |
| MICHAEL MUELLER, Director of the Federal ) | |
| Bureau of Investigations; CHRISTINA ) | |
| POULOS, Acting Director of the California ) | |
| Service Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled action to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1631 because, after the filing of his application for naturalization with the United States Citizenship and Immigration Services in San Jose, California, the plaintiff moved to Richardson, Texas, and the plaintiff's application for naturalization was transferred to the United States Citizenship and Immigration Services district office in Dallas, Texas under 8 C.F.R. § 335.9.

STIPULATION TO TRANSFER
C 06-5693 EMC                    1

If this Court rejects the parties' stipulation to transfer, the parties agree that the defendants shall have 14 days from the Court's order within which to file their answer.

If this Court grants the parties' stipulation to transfer, the defendants shall have 60 days after the case is docketed in the Northern District of Texas within which to file their answer.

Each of the parties shall bear their own costs and fees.

Dated: December 21, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 21, 2006

/s/
ROBERT L. VOLZ
Attorney for Plaintiff

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 17, 2007

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO TRANSFER
C 06-5693 EMC

2